## DOLE *against* YOUNG.

The plaintiff     FOOT, for the defendant, moved to set aside the default, and
is not out of
court, if he  all subsequent proceedings in this cause, for irregularity.
does not de-
clare in a year;     The *capias ad respondendum* was returned in *January* term,
but if the de-  1812, with the defendant's appearance endorsed thereon.
fendant wishes
to hasten the     The declaration, which was for a libel, was filed the 21st *Au-*
plaintiff, or
put him out of  *gust*, 1813, and the default of the defendant, for not pleading,
court, he must  was entered on the 11th *September* following, and an interlocu-
enter a rule
for him to de-  tory judgment the 22d *October* last, on which a writ of inquiry
clare or be
*nonprossed*,   of damages had been executed.
and until a
judgment of
*nonpros* is ob-     *Foot* contended that the plaintiff, by not declaring within a
tained, the
plaintiff may   year after the defendant's appearance was entered, was out of
declare at any
time.           court; and that such was the rule of the court of K. B. in *En-
                gland.*

*Buel,* contra, insisted that by the practice of this court the
proceedings were regular. The defendant, if he wishes to
hasten the plaintiff, or to put him out of court, may serve a rule
to declare, or be *nonprossed ;* and until such judgment of *non-
pros* has been obtained, the plaintiff has a right to declare at
any time.

*Foot,* in reply, said, that even if the court should not adhere
to the *English* practice, yet, as the plaintiff himself had been
guilty of such great delay, there ought to have been, at least,
a *personal* service of the notice of the rule to plead on the de-
fendant, and not by putting the notice up in the clerk's office,
as in other cases.

*Per Curiam.* We have not adopted the rule of the *English*
court of K. B. that the plaintiff is out of court if he does not

declare in one year after the defendant's appearance. But, there being no attorney employed in this case, the copy of the declaration and notice of the rule to plead, ought to have been served on the defendant personally, or by leaving them at his usual place of abode. The proceedings must, therefore, be set aside.

Rule granted.(*a*)

(*a*) See S. P. *Cheetham* v. *Lewis*, (3 *Caines' Rep.* 256.)